IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TACTILE FEEDBACK TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br> v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>  Defendant. | Civil Action No. 2:14-cv-940<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED JOINT MOTION
TO AMEND DOCKET CONTROL ORDER**

The Court, having considered the parties' Joint Motion to Amend the Docket Control Order, hereby GRANTS the Parties' Joint Motion and it is hereby ORDERED that the parties' deadlines are changed as set forth below:

| **Current DCO Date** | **New DCO Date** | **Description** |
|---|---|---|
| March 14, 2016 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| February 5, 2016 | On or after February 12, 2016 | *Pretrial Conference – 1:30 p.m. in **Marshall, Texas** before Judge Roy Payne |

| | | |
|---|---|---|
| January 27, 2016 | February 9, 2016 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| January 25, 2016 | February 11, 2016 | *File Joint Pretrial Order, Joint Proposed Jury Instructions Joint Proposed Verdict Form, and Responses to Motions in *Limine* |
| January 18, 2016 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| January 12, 2016 | January 28, 2016 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| January 18, 2016 | February 1, 2016 | Serve Objections to Rebuttal Pretrial Disclosures |
| January 10, 2016 | January 25, 2016 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| December 21, 2015 | January 11, 2016 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the burden of Proof |

| | | |
|---|---|---|
| December 9, 2015 | December 21, 2015<br><br>(Response due January 7, 2016) | *File Dispositive Motions or Motion to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| December 4, 2015 | December 18, 2015 | Deadline to Complete Expert Discovery |

**IT IS SO ORDERED.**